LUBIN & ENOCH, P.C.
Nicholas J. Enoch, State Bar No. 016473
Clara S. Bustamante, State Bar No.
Margot Veranes, State Bar No. 037194
349 North Fourth Avenue
Phoenix, Arizona 85003-1505
Telephone: (602) 234-0008
Facsimile: (602) 626-3586
Email: nick@lubinandenoch.com
　　　　clara@lubinandenoch.com
　　　　margot@lubinandenoch.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| David Melin, | Case No. 2:24-cv-00610-JZB |
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF SETTLEMENT** |
| GlobalTranz Enterprises LLC, and WWEX Franchise Holdings, LLC, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN in accordance with LRCiv 40.2(d) that the parties have settled their dispute. Plaintiff David Melin anticipates that the applicable dismissal papers will soon be filed with the Court.

RESPECTFULLY SUBMITTED this 29th day of May 2024.

　　　　　　　　　　　　　　　　　　LUBIN & ENOCH, P.C.

　　　　　　　　　　　　　　　　　　/s/ *Clara S. Bustamante*
　　　　　　　　　　　　　　　　　　Clara S. Bustamante, Esq.
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

1

**CERTIFICATE OF SERVICE**

I hereby certify that the original of the foregoing was electronically filed using CM/ECF and a copy of the same was emailed to the following this 29th day of May 2024:

Kristy L. Peters, Bar No. 024756
kpeters@littler.com
Laurent R.G. Badoux, Bar No. 020753
lbadoux@littler.com
Shalayne Pillar, Bar No. 034066
spillar@littler.com
LITTLER MENDELSON, P.C.
2425 East Camelback Road, Suite 900
Phoenix, Arizona 85016

/s/ *Sheri Estrada*