LUBIN & ENOCH, P.C.
Nicholas J. Enoch, State Bar No. 016473
Clara S. Bustamante, State Bar No. 036044
Margot Veranes, State Bar No. 037194
349 North Fourth Avenue
Phoenix, Arizona 85003-1505
Telephone: (602) 234-0008
Facsimile: (602) 626-3586
Email: nick@lubinandenoch.com
       clara@lubinandenoch.com
       margot@lubinandenoch.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| David Melin, | Case No. 2:24-cv-00610-DWL |
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| GlobalTranz Enterprises LLC, and WWEX Franchise Holdings, LLC, | |
| Defendants. | |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff David Melin hereby submits this Notice of Voluntary Dismissal with Prejudice.

RESPECTFULLY SUBMITTED this 28th day of June 2024.

                                            LUBIN & ENOCH, P.C.

                                            /s/ *Clara S. Bustamante*
                                            Clara S. Bustamante, Esq.
                                            Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that the original of the foregoing was electronically filed using CM/ECF and a copy of the same was emailed to the following this 28th day of June 2024:

Laurent R.G. Badoux, Bar No. 020753
lbadoux@littler.com
Kristy L. Peters, Bar No. 024756
kpeters@littler.com
Shalayne Pillar, Bar No. 034066
spillar@littler.com
LITTLER MENDELSON, P.C.
2425 East Camelback Road, Suite 900
Phoenix, Arizona 85016

/s/ *Cristina Gallardo-Sanidad*